UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,
v.

DRIVE PLANNING, LLC, and
RUSSELL TODD BURKHALTER,

    Defendants,
And

JACQUELINE BURKHALTER,
THE BURKHALTER RANCH
CORPORATION, DRIVE
PROPERTIES, LLC, DRIVE
GULFPORT PROPERTIES LLC,
and TBR SUPPLY HOUSE, INC.,

    Relief Defendants.
_____/

Civil Action No. 24UC17



**JURY TRIAL DEMANDED**

## NOTICE OF FILING COMPLAINT AND ORDER APPOINTING RECEIVER

NOTICE IS HEREBY GIVEN that on August 13, 2024, Kenneth Dante Murena, Esq. was appointed as Receiver over Defendant Drive Planning, LLC, in the following enforcement action pending in the United States District Court for the Northern District of Georgia: ***United States Securities Exchange Commission v. Drive Planning, LLC, et al.***, **Case No. 1:24-cv-03583-VMC** (the "Enforcement Action").

Pursuant to 28 U.S.C. Section 754, attached herewith is a copy of the Complaint along with a copy of the Order Appointing Receiver, in which the District Court, among other things, appointed Mr. Murena as Receiver.

Dated: August 22, 2024.

                                        Respectfully submitted,

                                        *Court-Appointed Receiver for*
                                        *Drive Planning, LLC*
                                        1000 Brickell Avenue, Suite 1020
                                        Miami, Florida 33131
                                        Telephone: 305-371-3960
                                        Facsimile: 305-371-3965
                                        kmurena@dvllp.com

                                        *Kenneth D. Murena*
                                        Kenneth D. Murena
                                        Florida Bar No. 147486